IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VENETTA BULLOCK                                                                                    PLAINTIFF

v.                                            No. 6:16-CV-06079

HOT SPRING COUNTY, et al.                                                                   DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 12). The motion represents that the parties have settled this matter and are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the joint motion (Doc. 12) is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 9th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE